UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMBERTO CASTILLO HERNANDEZ, (A# 207-098-290),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX,

Respondent.

No. 1:26-cv-04807-DC-SCR

FINDINGS & RECOMMENDATIONS

Petitioner is a federal immigration detainee proceeding with a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. This matter was referred to the undersigned by operation of Local Rule 302 and 28 U.S.C. § 636(b)(1).

Based on a review of the record in this case, Petitioner was granted relief in immigration court and subsequently released from Respondent's custody on October 16, 2026. ECF No. 19. Petitioner's release moots his pending challenge to his immigration detention. See Picrin-Peron v. Rison, 930 F.2d 773, 775–76 (9th Cir. 1991) (habeas petition challenging immigration detention became moot upon the petitioner's release because the court could no longer grant effective relief).[1] As a result, the undersigned recommends granting respondent's motion to

[1] There record in this case stands in contrast to the record in other cases where the government releases a petitioner in response to the filing of a habeas petition and does not disclaim authority

dismiss the § 2241 petition.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Respondent's motion to dismiss (ECF No. 19) be granted.

2. Petitioner's application for a writ of habeas corpus be dismissed as moot based on petitioner's release from custody.

3. The Clerk of Court be directed to enter judgment for respondent and to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

to redetain that petitioner, in which cases voluntary cessation principles may be implicated.